| | AUSA: | Robert Moran | Telephone: (313) 226-9553 |
|---|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Agent: | Jeffrey Weiland | Telephone: (816) 806-0489 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

> **RECEIVED**
> *By Amy Godlewski at 10:17 am, Jan 29, 2026*

United States of America

v.

Andrea Jean Bradley-Baskin

Case: 2:26-cr-20045
Assigned To : Leitman, Matthew F.
Referral Judge: Patti, Anthony P.
Assign. Date : 1/28/2026
Description: INDI USA V SEALED
MATTER (TM)

## ARREST WARRANT

F I L E D
MAR 0 4 2026
CLERK'S OFFICE
DETROIT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Andrea Jean Bradley-Baskin

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C§1349 Conspiracy to Commit Wire Fraud
18 U.S.C§1957 Money Laundering
18 U.S.C§1957 Money Laundering
18 U.S.C§1001(a)(2) False Statements

Date:     **JAN 2 8 2026**

*Issuing officer's signature*

**Tyler Mullen     DEPUTY CLERK**

City and state:   Detroit, Michigan

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01/28/26 , and the person was arrested on *(date)* 01/30/26 at *(city and state)* Detroit, MI . |
| Date: 03/03/2026 |
| *Arresting officer's signature* |
| Robert Boyd / DUSM |
| *Printed name and title* |

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*